UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
                                       )
In re:                                 )   Chapter 11
                                       )
LYONDELL CHEMICAL COMPANY, *et al.*,   )
                                       )   Case No. 09-10023 (REG)
                                       )
            Debtors.                   )   Jointly Administered
_____)
                                       )
LYONDELL CHEMICAL COMPANY, *et al.*,   )
                                       )
            Plaintiffs,                )
     *against*                         )   Adversary Proceeding
                                       )
CENTERPOINT ENERGY GAS SERVICES        )   No. 09-01038 (REG)
INC., *et al.*,                        )
                                       )
            Defendants.                )
_____)


ERRATA ORDER RE: BENCH DECISION ON
MOTION FOR PRELIMINARY INJUNCTION

This matter having come up on the Court's own motion, it is ORDERED:

1. The Court's Bench Decision on Motion for Preliminary Injunction, dated February 26, 2009, is corrected in the respects noted below:

      Page i, footnote 1: delete "Subject to cite checking, technical corrections, and, if circumstances require or permit, supplementation."

      Page 5, last paragraph: change "30 day" to "30-day".

      Page 6, footnote 5: delete "(ECF #64)".

      Page 7, first line: change "receivable" to "receivables."

      Page 8, second line: insert "million" after "5.5".

Page 12, second line: change "many Europeans countries" to "many European countries".

Page 13, footnote 14: change "Bigman Decl. #1 ay ¶5" to "*Id.* at ¶ 5".

Page 14, first full paragraph: insert "," after "injury" in "not result in irreparable injury or at least".

Page 14, footnote 19: insert "#1" after "Decl.".

Page 15, fourth line: change "turn into a freefall" to "go into a freefall".

Page 15, first full paragraph: insert "on the part of secured lenders" after "understandable reluctance".

Page 15, first full paragraph: insert "their" after "funding that is essential to".

Page 15, footnote 21: delete "Debtor's" after "and so far as the".

Page 17, second full paragraph: change "will only recover after" to "will recover only after".

Page 18, fourth line: insert "seemingly" between "would" and "be subject".

Page 18, fourth to fifth line: delete extra space between ";" and "except".

Page 18, footnote 26, second paragraph: delete "by that means".

Page 18, footnote 26, third paragraph: change "While trading" to "But while trading".

Page 19, third line: insert "at least" between "have" and "one".

Page 20, second full paragraph: delete extra space between "the" and "Indenture Trustee".

Page 21, second indented paragraph: change "would" to "might".

Page 22, first full paragraph: delete "that" after "doubt".

Page 22, second full paragraph: change "submission for" to "submission to".

Page 24, footnote 33: change ""where there is a basis for concluding that rehabilitation, the very purpose for the bankruptcy proceedings, might be undone by the other action."" to "'where there is a basis for concluding that rehabilitation, the very purpose for the bankruptcy proceedings, might be undone by the other action.'"

Page 24, footnote 36: delete "*Inc*." after "*Calpine Corp.*".

Page 24, footnote 37: delete "*Inc.*" after "*LTV Steel, Co.*".

Page 26, second line from the bottom of the page: change "have" to "ha[d]".

Page 26, footnote 41: change "S.D.N.Y. 228" to "S.D.N.Y. 2007".

Page 26, footnote 41: replace normal space with hard space between "¶" and "105.02".

Page 27, last line: change "affect debtors' ability" to "affect a debtor's ability".

Page 28, first full paragraph: insert "embarrass," between "would" and "burden".

Page 28, first full paragraph: delete "," after "as I've noted above".

Page 28, footnote 46: change "*See id.*" to "*Id.*".

Page 29, second paragraph: change "estate's" to "estates".

Page 30, second line: insert "embarrass," between "would" and "burden".

Page 31, third full paragraph: change "secure" to "obtain".

Page 32, third line: delete extra space between "the" and "transfer".

Page 32, first full paragraph: change "they" to "creditors".

Page 35, second full paragraph: change "treatement" to "treatment".

Page 36, third full paragraph: insert "here" after "no reason" and remove "in adversary proceedings here" after "general rule".

Page 37, seventh line: Insert period (".") after "(c) payments outside of the ordinary course".

2. Future references to this decision shall be to the decision as corrected, a copy of which is attached as exhibit A.

Dated: New York, New York  *s/Robert E. Gerber*
      March 13, 2009  United States Bankruptcy Judge