UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- x
In re:                                                      :   Chapter 11 Case No.
                                                            :
LYONDELL CHEMICAL COMPANY, et al.,                          :   09-10023 (REG)
                                                            :
Debtors                                                     :   (Jointly Administered)
----------------------------------------------------------- x
                                                            :
CONOCOPHILLIPS COMPANY                                      :
                                                            :
Appellant-Defendant                                         :
                                                            :
v.                                                          :   Case No. 1:09-CV-02687 (RMB)
                                                            :
LYONDELL CHEMICAL COMPANY, et al.,                          :
                                                            :
Appellees-Plaintiffs                                        :
                                                            :
----------------------------------------------------------- x

## ORDER OF DISMISSAL OF APPEAL

IT IS HEREBY ORDERED that, pursuant to Federal Rule of Bankruptcy Procedure 8001(c)(2), the above-captioned appeal is dismissed without prejudice, with each party to bear its own costs and with all rights reserved unto the parties, including, without limitation, ConocoPhillips Company's right to assert a claim, including an administrative expense claim, for damages for wrongful issuance of injunctive relief and Lyondell Chemical Company's right to object to and oppose such claim.

Dated: May 12, 2009.

_____
Judge Richard M. Berman

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/12/09

1

NO 133580v.1